## LAWTON GRAIN CO. v. BRUNSWIG.

No. 10358—Opinion Filed March 11, 1919.

(179 Pac. 465.)

(Syllabus.)

### Appeal and Error—Case-Made or Bill of Exceptions—Dismissal.

Where the errors alleged are of such a nature that they cannot be reviewed upon transcript of record, and no case-made or bill of exceptions was served, allowed, or filed, the appeal will be dismissed.

Error from District Court, Comanche County; Cham Jones, Judge.

Action between the Lawton Grain Company and A. J. Brunswig, trading as the A.

J. Brunswig Grain Company. Judgment for the latter, and the former brings error. Dismissed.

Chas. Mitschrich, for plaintiff in error.

W. C. Stevens, for defendant in error.

HARDY, C. J. Defendant in error filed motion to dismiss this proceeding for the reason that errors assigned do not appear upon the face of the record proper and are not preserved by case-made or bill of exceptions. Appeal is perfected by transcript, and no bill of exceptions or case-made was served, allowed, or filed, and the errors alleged are of such character that they cannot be reviewed in this court upon transcript of the record. Simpson v. Henderson-Sturges Piano Co., 31 Okla. 623, 122 Pac. 174; Stonbreaker-Zea Cattle Co. v. Hilton, 34 Okla. 225, 124 Pac. 1062; Laborn et al. v. Stephens et al., 47 Okla. 64, 147 Pac. 152; Jacobs v. Willie, 47 Okla. 785, 150 Pac. 709.

The appeal is dismissed.